UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2006

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| PLATTE VIEW FARM, LLC, ) | 05-12365-SBB |
| Tax ID 84-1572960 ) | Chapter 11 |
| ) | |
| Debtor. ) | 05-CV-00755-LTB-PAC |
| ) | |
| COLORADO FIRST CONSTRUCTION CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Miscellaneous Proceeding No. |
| ) | 06-00023-SBB |
| UNITED STATES DEPARTMENT OF ) | |
| HOUSING AND URBAN DEVELOPMENT; ) | |
| ALPHONSO JACKSON, in his capacity ) | |
| as Secretary of the United States Department ) | |
| of Housing and Urban Development; and ) | |
| MIDLAND LOAN SERVICES, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR COMPLIANCE WITH FED.R.BANKR.P. 7026**
**(Fed.R.Civ.P. 26(a) and (f))**

THIS MATTER comes before the Court *sua sponte* and on the Order entered in the United States District Court for the District Court of Colorado Civil Action No. 05-cv-00755-LTB-PAC ("District Court Action"), on February 15, 2006,[1] by the Honorable Lewis T. Babcock, United States District Chief Judge for the District of Colorado, referring, pursuant to D.C.COLO.LCivR 84.1, claims 1, 2, 4 and 5 against the United States Department of Housing and Urban Development ("HUD") as contained in Colorado First Construction Co.'s ("CFC") Complaint in the District Court Proceeding and CFC's claims 1, 4, 5, and 6 against Midland Loan Services, Inc. ("Midland") in the District Court Proceeding. The Court, having reviewed the Order and being advised in the premises,

DOES ORDER that the parties to this Miscellaneous Proceeding, *together with counsel for the debtor, Platte View Farm, LLC, and counsel for Newport Community Services, LLC and/or Newport Realty Advisors and/or Newport Realty Investments, Ltd.,*shall meet and confer and jointly file, **on or before April 28, 2006:**

    1.    A copy of the docket in the District Court Action.

---

[1]    A copy of this Order was originally docketed in Adversary Proceeding No. 05-01458-SBB on March 15, 2006.

2. A copy of all documents filed in the District Court Action that are *essential, relevant, and material* to this Court's adjudication of the matters referred to this Court.

3. A statement with regard to the third-party action brought in the District Court Action against Newport Community Services, LLC and/or Newport Realty Advisors and/or Newport Realty Investments, Ltd. advising this Court whether the third-party claim and/or any component thereof has been referred to this Court.

THE COURT FURTHER ORDERS that pursuant to Fed.R.Bankr.P. 7026, Fed.R.Civ.P. 26, and L.B.R. 726.1, counsel for the parties shall, on or before **May 12, 2006**:

1. Confer and discuss, pursuant to Fed.R.Bankr.P. 7026 and Fed.R.Civ.P. 26(f),

    (a) the nature and basis of their claims and defenses; and

    (b) the possibilities for a prompt settlement or resolution of the case.

2. Complete all initial disclosures required by Fed.R.Civ.P. 26(a)(1),

3. Develop a specific and firm discovery schedule and plan. This discovery plan should

    (a) contain firm deadlines for completion of discovery and a date to file dispositive motions;

    (b) address any pertinent matters and identify anticipated problems identified in Fed.R.Civ.P. 16(b) and (c);

    (c) identify the time frame for, and the expected length of, trial; and

    (d) comply with L.B.R. 726.1 or specify reasons why compliance should be waived.

4. Submit a written report to the Court, on or before **May 19, 2006**, which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent.

    (a) Amended pleadings shall be filed, and/or additional parties shall be joined, by _____.

    (b) Parties will provide expert disclosure under Fed.R.Civ.P. 26(a)(2), by: _____.

    (c) All discovery shall be **completed** by: _____.

    (d) Dispositive motions shall be filed by: _____; responses shall be filed within 15 days after mailing of the dispositive motion.

    (e) The parties do or do not request that a final pretrial conference be held prior to trial.

(f) Trial is expected to take (insert amount of time, i.e., hours, days): _____.

Submission of the report will serve as certification that all initial required disclosures, pursuant to Fed.R.Bankr.P. 7026(a), have been fully and timely completed.

IT IS FURTHER ORDERED that upon receipt of the written report described in paragraph four, above, the Court may elect to hold a status and scheduling conference with the parties. In the absence of such conference, the Court will issue an appropriate order pursuant to Fed.R.Bankr.P. 7016 and Fed.R.Civ.P. 16.

IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN that dispositive motions are not favored by this Court until *after* the parties have conferred pursuant to this Order and this Court has issued its Order and Notice of Trial Pursuant to Fed.R.Bankr.P. 7016.

IT IS FURTHER ORDERED that failure of the parties, or a party, to comply with, or otherwise respond to, this Order, may result in the imposition of sanctions, denial of the relief requested, dismissal of the within proceeding, or entry of judgment, if warranted and appropriate.

IT IS FURTHER ORDERED that a copy of this Order be served on all the named parties herein and the debtor, Platte View Farm, LLC, Case No. 05-12365-SBB, via its counsel, Harvey Sender, and Newport Community Services, LLC and/or Newport Realty Advisors and/or Newport Realty Investments, Ltd., via its/their counsel, Laurence Rich. A courtesy copy of this Order shall also be delivered to the United States District Court to be docketed in Civil Action No. 05-cv-00755-LTB-PAC.

Dated this 13th day of April, 2006.

BY THE COURT:

_Sid Brooks_
Sidney B. Brooks,
United States Bankruptcy Judge