IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 05-CV-00755-LTB-PAC

COLORADO FIRST CONSTRUCTION CO., a Colorado Corporation,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development, and
MIDLAND LOAN SERVICES, INC., a Delaware corporation,

    Defendants.

MIDLAND LOAN SERVICES, INC., a Delaware corporation,

v.

GERALD E. KESSEL, an individual,
    Third Party Defendant.

_____

Order
_____

    The trial setting in this case for a ten day jury trial to commence December 4, 2006 is VACATED.

    The Order of Reference to Magistrate Judge Patricia A. Coan is VACATED.

    The Clerk of the Court is directed to re-draw a Magistrate Judge.

**DONE and ORDERED,** this  8th  day of November, 2006 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                              United States District Chief Judge