**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-755-LTB-CBS

COLORADO FIRST CONSTRUCTION CO., a Colorado corporation,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development; and
MIDLAND LOAN SERVICES, INC., a Delaware corporation,

    Defendants.

MIDLAND LOAN SERVICES,  INC., a Delaware corporation,

    Third-Party Plaintiff,

v.

GERALD E. KESSEL, an individual,

    Third-Party Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS
DEFENDANT MIDLAND LOAN SERVICES, INC.**

    This matter is before the Court on Plaintiff Colorado First Construction Co. and Defendant Midland Loan Services, Inc.'s Stipulated Motion to Dismiss Defendant Midland Loan Services, Inc.  The Court being advised of the premises, it is hereby

    ORDERED that the Stipulated Motion To Dismiss Defendant Midland Loan Services, Inc. is GRANTED.

FURTHER ORDERED that Civil Action 05-CV-755-LTB-CBS is DISMISSED WITH PREJUDICE as to Defendant Midland Loan Services, Inc.

FURTHER ORDERED that Plaintiff Colorado First Construction Co. and Defendant Midland Loan Services shall each to bear their own attorneys' fees and costs.

DATED:   February 8, 2007

BY THE COURT:

   s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE