IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 05-CV-00755-LTB-PAC

COLORADO FIRST CONSTRUCTION CO., a Colorado Corporation,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development, and
MIDLAND LOAN SERVICES, INC., a Delaware corporation,

    Defendants.

MIDLAND LOAN SERVICES, INC., a Delaware corporation,

    Third Party Plaintiff,

v.

GERALD E. KESSEL, an individual,

    Third Party Defendant.
_____

### ORDER OF DISMISSAL OF THIRD PARTY COMPLAINT
_____

This matter is before the Court on Third Party Defendant Midland Loan Services, Inc.'s Notice of Dismissal of Third Party Complaint (Doc #50). The Court being advised of the premises, it is hereby;

ORDERED that the Notice of Dismissal of Third Party Complaint is GRANTED.

FURTHER ORDERED that Civil Action 05-cv-00755-LTB-CBS is DISMISSED WITH PREJUDICE as to Third-Party Defendant Gerald E. Kessel.

FURTHER ORDERED that Midland Loan Services, Inc. and Gerald E. Kessel shall each bear their own attorneys' fees and costs.

DATED:   February 8, 2007

BY THE COURT:

s/Lewis T. Babcock
U.S. District Court Judge Lewis T. Babcock