# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-755-LTB-CBS

COLORADO FIRST CONSTRUCTION CO., a Colorado corporation,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development;

      Defendant.
_____

## ORDER OF DISMISSAL
_____

This matter coming before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 58 - filed April 13, 2007) and the Court being advised of the premises, it is hereby

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs.  All hearings and dates are VACATED.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: April 16, 2007